Kevin R. Anderson (4786)
Sherrie Rivera (8348)
Eric Froisland (9837)
OFFICE CHAPTER 13 TRUSTEE
405 South Main St., Suite 600
Salt Lake City, UT 84111
Telephone:   (801) 596-2884
Facsimile:    (801) 596-2898
Email: kratrusteemail@ch13kra.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| IN RE:<br><br>  BRYAN EUGENE SCOTT and<br>  LARA RUTH SCOTT,<br><br>Debtors. | Case No.  05C-35791<br><br>Chapter 13<br><br>FILED ELECTRONICALLY<br><br>Judge Glen E. Clark<br><br>(Confirmation Hearing: *12/20/2005* at 9:00 AM) |

## TRUSTEE'S MOTION TO DISMISS WITH PREJUDICE
## AND MEMORANDUM IN SUPPORT THEREOF

Kevin R. Anderson, Standing Chapter 13 Trustee, by and through counsel, hereby moves

this Court to dismiss the above-captioned case with prejudice under 11 U.S.C. §§ 1307(c) and

109(g).  In support thereof, the Trustee represents as follows.

### FACTS

1.  On October 3, 2005, the Debtors filed a petition for relief under Chapter 13 of the

United States Bankruptcy Code.

2.  The Debtors' were required to file a Chapter 13 plan, a Statement of Financial

Affairs, and their Bankruptcy Schedules on or before October 18, 2005.

3.  As of the date of this Motion, the Debtors have failed to file a Chapter 13 plan, a Statement of Financial Affairs, or the required Bankruptcy Schedules.

4.  As of the date of this Motion, the Debtors have failed to request approval from the Court for their failure to timely file the required bankruptcy papers.

5.  According to the Court's database, the Debtors have filed the following bankruptcy cases in this District (see Court docket reports attached hereto as Exhibit "A"):

| CASE NO. | PETITION DATE | DISMISSAL DATE | COMMENTS |
|---|---|---|---|
| 05-35791 | 10/03/2005 | | Present Chapter 13 case. |
| 05-31593 | 07/27/2005 | 09/14/2005 | Joint Chapter 13 case.  Case was dismissed for the Debtors' failure to file a Chapter 13 plan, a Statement of Financial Affairs, or the required Bankruptcy Schedules.  No money was returned to the non-priority, unsecured creditors. |
| 05-27140 | 05/04/2005 | 07/05/2005 | Joint Chapter 13 case.  Case was dismissed for the Debtors' failure to file a Chapter 13 plan, a Statement of Financial Affairs, or the required Bankruptcy Schedules.  No money was returned to the non-priority, unsecured creditors. |
| 05-24108 | 03/21/2005 | 04/11/2005 | Joint Chapter 13 case.  Case was dismissed for the Debtors' failure to file a Chapter 13 plan, a Statement of Financial Affairs, or the required Bankruptcy Schedules.  No money was returned to the non-priority, unsecured creditors. |
| 04-39257 | 11/30/2004 | 01/21/2005 | Joint Chapter 13 case.  Case was dismissed for the Debtors' failure to file a Chapter 13 plan, a Statement of Financial Affairs, or the required Bankruptcy Schedules.  No money was returned to the non-priority, unsecured creditors. |
| 04-20420 | 01/12/2004 | 05/04/2004 | Joint Chapter 13 case.  Case was dismissed with prejudice for the Debtors' failure to file a Chapter 13 plan, file a Statement of Financial Affairs, file the required Bankruptcy Schedules, appear at the First Meeting of Creditors, and tender the initial plan payment.  No money was returned to the non-priority, unsecured creditors. |

| 03-36938 | 10/03/2003 | 12/04/2003 | Joint Chapter 13 case.  Case was dismissed for the Debtors' failure to file a Chapter 13 plan, file a Statement of Financial Affairs, file the required Bankruptcy Schedules, appear at the First Meeting of Creditors, and tender the initial plan payment.  No money was returned to the non-priority, unsecured creditors. |
|---|---|---|---|
| 03-30138 | 06/10/2003 | 08/22/2003 | Joint Chapter 13 case.  Case was dismissed for the Debtors' failure to file a Chapter 13 plan, file a Statement of Financial Affairs, file the required Bankruptcy Schedules, appear at the First Meeting of Creditors, and tender the initial plan payment.  No money was returned to the non-priority, unsecured creditors. |
| 03-24242 | 03/12/2003 | 05/16/2003 | Joint Chapter 13 case.  Case was dismissed for the Debtors' failure to file a Chapter 13 plan, file a Statement of Financial Affairs, file the required Bankruptcy Schedules, appear at the First Meeting of Creditors, and tender the initial plan payment.  No money was returned to the non-priority, unsecured creditors. |
| 02-29258 | 06/05/2002 | 01/10/2003 | Joint Chapter 13 case.  Case was dismissed at the confirmation hearing.  No money was returned to the non-priority, unsecured creditors. |
| 00-34929 | 12/23/2000 | 05/13/2002 | Joint Chapter 13 case.  Case was dismissed post-confirmation for nonpayment.  $1,660 was returned to the non-priority, unsecured creditors. |
| 90-20398 | 01/19/1990 | | Joint Chapter 7 case filed by Bryan and Rosemary Scott.  Debtors received a discharge on 05/07/1990. |
| 88-23295 | 06/08/1988 | | Joint Chapter 13 case filed by Bryan and Rosemary Scott. |

6.  The Debtors failed to list any of their prior Bankruptcy cases on their Chapter 13 petition.

## MEMORANDUM

To prevail under 11 U.S.C. § 109(g), the Trustee must show (1) that the Debtors failed to abide by an order of the court or failed to appear before the court in proper prosecution of the

case and (2) that such failure was willful.  An appearance includes being present at non-court hearings related to a case or filing papers in a case.  *See In re Jim Tilson*, Bankr No. 03B-22735, *slip op.* at 7-8 (Bankr. D. Utah June 6, 2003).  Proper prosecution of a case requires compliance with various statutory duties, including those contained in 11 U.S.C. §§ 341, 521, 1304, 1321, 1322, 1326, the Federal Rules of Civil and Bankruptcy Procedure, and the Local Rules.  *Id*. Finally, conduct is "willful" within the meaning of § 109(g) when the Debtors had notice of the responsibility to act, and the Debtors intentionally engaged in conduct that resulted in a failure to fulfill that responsibility.  *Id*.

The Debtors failed to file the Statement of Financial Affairs and Bankruptcy Schedules as required by 11 U.S.C. § 521(1), FED. R. BANKR. P. 1007(a), and Local Rule 5005-1(b).   The Debtors failed to file a Chapter 13 plan as required by 11 U.S.C. § 1321, FED. R. BANKR. P. 3015(b), and Local Rule 5005-1(b). The Debtors have also failed to request from the Court an extension of the time in which to file the required Bankruptcy papers.  These actions constitute a failure to appear before the Court in the proper prosecution of the case.  *Id*.

The following factors evidence that the Debtors' conduct was willful.  This is the Debtors' eleventh Chapter 13 case in the last five years and their thirteenth total bankruptcy case.  The Court dismissed the Debtors' prior bankruptcy cases for the Debtors' failure to file a Chapter 13 plan, file a Statement of Financial Affairs, file the required Bankruptcy Schedules, appear at the First Meeting of Creditors, tender the initial plan payment, and make ongoing plan payments. The Debtors have also failed to avail themselves of the Court and request an extension of the time in which to file the required bankruptcy papers.

In determining if the Debtors' actions are deliberate and willful the Court should first examine the Debtors' conduct in prior cases.  When a debtor has previously failed to prosecute a bankruptcy case, the Court should consider the following:

> On a case-by-case basis, the Court will review the debtor's conduct in their prior bankruptcies to determine whether the totality of the circumstances constitutes "willful failure."  ***Repeated conduct may give rise to an inference that the debtor's actions were deliberate, and the debtor's explanation will be weighed in the light of those circumstances***.

*In re Fulton,* 52 B.R. 627, 634 (Bankr. D. Utah 1985) (citations omitted; emphasis added).  In *Hall v. Vance*, 887 F.2d 1041, 1045 (10th Cir. 1989), the Tenth Circuit Court of Appeals also indicated that bad faith conduct by a debtor, that is prejudicial to creditors, justifies dismissal of the case with prejudice.

In addition to examining a debtor's conduct in prior cases, the Court should also consider whether a debtor has taken any action in their present case to obtain Court approval for their conduct.

> All parties in interest are already governed by the Bankruptcy Code and subject to the court's authority.  The debtor may seek prior permission from the court to file required papers after the statutory deadline, to continue a regularly scheduled § 341 meeting, to abate Chapter 13 plan payments, or for other relief.  ***It is in light of the immediacy of access to the imprimatur of court that the debtor's actions must be evaluated.***

*In re Alice Sink*, Bankr No. 02B-20042, *slip op.* 434 at 20 (Bankr. D. Utah February 28, 2003).

The Debtors have enjoyed many years of protection under the automatic stay; yet, as Chapter 13 Debtors, they have consistently failed to comply with their statutory responsibilities, including their present failure to file a Chapter 13 plan, a Statement of Financial Affairs, or the required Bankruptcy Schedules.  Given the Debtors' prior filing history, the Debtors should be aware of and familiar with their responsibility to file the required bankruptcy papers or request

Court approval for their failure to comply with their statutory responsibilities.  The Debtors' familiarity with their responsibilities under Chapter 13 and their failure to avail themselves of the Court raises the inference that the present failure to file a Chapter 13 plan, a Statement of Financial Affairs, or the required Bankruptcy Schedules is deliberate and willful.   Any explanation provided by the Debtors should be weighed in light of their extensive filing history.

Furthermore, each time a debtor files under Chapter 13, it requires significant effort and commitment of resources by the Bankruptcy Court, the Trustee's office, and creditors to administer and monitor each case.  While a debtor should be entitled to some leeway when unforeseen circumstances require the dismissal and refiling of a case, eleven failed Chapter 13 cases since December 2000 exceeds any reasonable definition of fairness.  In summary, the Debtors' conduct is prejudicial to creditors and signals an abuse of the provisions and the spirit of the Bankruptcy Code.

THEREFORE, based on the foregoing facts and representations, the Trustee moves the Court for the entry of an Order dismissing this case with prejudice under 11 U.S.C. § 109(g).

DATED: November 10, 2005.


Eric Froisland /s/
Kevin R. Anderson, Esq.
Sherrie Rivera, Esq.
Eric Froisland, Esq.
Office of Standing Chapter 13 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that November 10, 2005, a true and correct copy of the foregoing paper was served electronically via CM/ECF to the persons listed below.

CY CASTLE
ASST. U.S. TRUSTEE
9 EXCHANGE PLACE, SUITE 100
SALT LAKE CITY, UT 84111

The undersigned hereby certifies that on the November 10, 2005, a true and correct copy of the foregoing paper was addressed to the following persons and deposited in the U.S. Mail, first-class postage prepaid.

BRYAN EUGENE SCOTT
LARA RUTH SCOTT
638 E. PHEASANT HAVEN CT.
DRAPER UT 84088

_____/s/_____
Office Chapter 13 Trustee

# EXHIBIT A

PROSE

**U.S. Bankruptcy Court**
**District of Utah (Salt Lake City)**
**Bankruptcy Petition #: 05-35791**

*Assigned to:* Glen E. Clark                                                    *Date Filed:* 10/03/2005
Chapter 13
Voluntary
Asset

**Bryan Eugene Scott**                                          represented by   **Bryan Eugene Scott**
638 E. Pheasant Haven Ct.                                                         PRO SE
Draper, UT 84088
801-572-3361
SSN: xxx-xx-1970
*Debtor*

**Lara Ruth Scott**                                             represented by   **Lara Ruth Scott**
638 E. Pheasant Haven Ct.                                                         PRO SE
Draper, UT 84088
801-572-3361
SSN: xxx-xx-6411
*Debtor*

**Kevin R. Anderson tr**
405 South Main Street
Suite 600
Salt Lake City, UT 84111
(801) 596-2884
*Trustee*

**United States Trustee**
#9 Exchange Place
Suite 100
Salt Lake City, UT 84111-2147
*U.S. Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 11/09/2005 | | Trustee's Withdrawal of Document filed by Trustee (related document(s):5 Trustee/USTR's Recommendation for Dismissal). (x6Anderson tr, Kevin) (EOD: 11/09/2005) |
| 10/26/2005 | 5 | Trustee/USTR's Recommendation for Dismissal filed by Trustee/USTR. Date of Certificate of Mailing:10/26/05. Objection to Dismissal due by 11/18/2005. (x6Anderson tr, Kevin) (EOD: 10/26/2005) |
| 10/24/2005 | 4 | 341 Meeting Notice (see image for details) and BNC Certificate of Service. Service Date 10/24/2005. (Admin.) (EOD: 10/25/2005) |
| 10/07/2005 | 3 | Utah State Tax Commission's Objection to Confirmation of Chapter 13 Plan . (kpc, ) (EOD: 10/11/2005) |
| 10/04/2005 | | Creditor(s) uploaded (9 creditors). (mfm. ) (EOD: 10/04/2005) |
| 10/03/2005 | | First Meeting of Creditors & Notice of Appointment of Interim Trustee Kevin R. Anderson tr with 341(a) meeting to be held on 11/14/2005 at Boston 1st Flr. Confirmation hearing to be held on 12/20/2005 at 09:00 AM at USBC Rm 369. (Please see the 341 notice for particulars). Proofs of Claim due by 02/13/2006. (EOD: 10/03/2005) |

| 10/03/2005 | | Voluntary Petition Filing Fee Payment. Receipt Number: 244413 Fee Amount: $194 (TB) (EOD: 10/03/2005) |
|---|---|---|
| 10/03/2005 | 2 | Debtor's Statement of Social Security Number(s) (tlb, ) (EOD: 10/03/2005) |
| 10/03/2005 | 1 | Chapter 13 Voluntary Petition Filed by Bryan Eugene Scott , Lara Ruth Scott (tlb, ) Modified on 10/3/2005 (tlb, ). (EOD: 10/03/2005) |

<table>
<tr><td colspan="5"><strong>PACER Service Center</strong></td></tr>
<tr><td colspan="5"><strong>Transaction Receipt</strong></td></tr>
<tr><td colspan="5">11/09/2005 13:55:00</td></tr>
<tr><td><strong>PACER Login:</strong></td><td>ka0087</td><td><strong>Client Code:</strong></td><td colspan="2"></td></tr>
<tr><td><strong>Description:</strong></td><td>Docket Report</td><td><strong>Search Criteria:</strong></td><td colspan="2">05-35791 Fil or Ent: Fil Doc From: 0 Doc To: 99999999 Term: y Format: HTML.fmt</td></tr>
<tr><td><strong>Billable Pages:</strong></td><td>1</td><td><strong>Cost:</strong></td><td colspan="2">0.08</td></tr>
</table>

PROSE, DISMISSED

**U.S. Bankruptcy Court**
**District of Utah (Salt Lake City)**
**Bankruptcy Petition #: 05-31593**

*Assigned to:* Glen E. Clark
Chapter 13
Voluntary
Asset

*Date Filed:* 07/27/2005
*Date Dismissed:* 09/14/2005

**Bryan Eugene Scott**
638 E. Pheasant Haven Ct.
Draper, UT 84020
801-572-3361
SSN: xxx-xx-1970
*Debtor*

represented by **Bryan Eugene Scott**
PRO SE

**Lara Ruth Scott**
638 E. Pheasant Haven Ct.
Draper, UT 84020
801-572-3361
SSN: xxx-xx-6411
*Debtor*

represented by **Lara Ruth Scott**
PRO SE

**Kevin R. Anderson tr**
405 South Main Street
Suite 600
Salt Lake City, UT 84111
(801) 596-2884
*Trustee*

**United States Trustee**
#9 Exchange Place
Suite 100
Salt Lake City, UT 84111-2147
*U.S. Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 10/24/2005 | 15 | Trustee's Chapter 13 Final Report and Account filed by Trustee (x6Anderson tr, Kevin) (EOD: 10/24/2005) |
| 09/16/2005 | 14 | BNC Certificate of Service - Order Dismissing Case. Service Date 09/16/2005. (Admin.) (EOD: 09/16/2005) |
| 09/14/2005 | | Order Dismissing Case (related document(s):11 Trustee/USTR's Recommendation for Dismissal) (jwb, ) (EOD: 09/14/2005) |
| 09/04/2005 | 13 | Certificate of Service Re: Miscellaneous Pleadings Service Date 09/04/2005. (Admin.) (EOD: 09/04/2005) |
| 09/02/2005 | 12 | Notice of Rescheduled Hearing on Confirmation of Chapter 13 Plan Confirmation hearing to be held on 10/4/2005 at 09:00 AM at USBC Rm 369.. (jtt, ) (EOD: 09/02/2005) |
| 08/17/2005 | 11 | Trustee/USTR's Recommendation for Dismissal filed by Trustee/USTR. Date of Certificate of Mailing:8/17/05. Objection to Dismissal due by 9/9/2005. (x6Anderson tr, Kevin) (EOD: 08/17/2005) |
| 08/14/2005 | 10 | 341 Meeting Notice (see image for details) and BNC Certificate of Service. Service Date |

| | | 08/14/2005. (Admin.) (EOD: 08/14/2005) |
|---|---|---|
| 08/12/2005 | 9 | AMENDED AS TO FORM; Notice of Meeting of Creditors 341(a) meeting to be held on 9/2/2005 at Boston 1st Flr. Proofs of Claims due by 12/1/2005. Confirmation hearing to be held on 10/4/2005 at 01:00 PM at USBC Rm 369.. (arp, ) (EOD: 08/12/2005) |
| 08/10/2005 | 8 | Certificate of Service Re: Miscellaneous Pleadings Service Date 08/10/2005. (Admin.) (EOD: 08/10/2005) |
| 08/08/2005 | 7 | Utah State Tax Commission's Objection to Confirmation of Chapter 13 Plan . (deed, ) (EOD: 08/09/2005) |
| 08/08/2005 | 6 | Clerk's Notice of Rescheduled/Continued 341 Meeting of Creditors Reason for Continued Meeting:a change in the TIME for the Meeting of Creditors 341(a) meeting to be held on 9/2/2005 at Boston 1st Flr. (jtt, ) (EOD: 08/08/2005) |
| 08/06/2005 | 5 | Certificate of Service Re: Miscellaneous Pleadings Service Date 08/06/2005. (Admin.) (EOD: 08/06/2005) |
| 08/06/2005 | 4 | 341 Meeting Notice (see image for details) and BNC Certificate of Service. Service Date 08/06/2005. (Admin.) (EOD: 08/06/2005) |
| 08/04/2005 | 3 | Notice of Hearing on Confirmation and Certain Objection(s) Confirmation hearing to be held on 10/4/2005 at 09:00 AM at USBC Rm 369.. (klc, ) (EOD: 08/04/2005) |
| 07/27/2005 | | First Meeting of Creditors & Notice of Appointment of Interim Trustee Kevin R. Anderson tr with 341(a) meeting to be held on 09/02/2005 at Boston 1st Flr. Proofs of Claims due by 12/01/2005. (EOD: 07/27/2005) |
| 07/27/2005 | | Voluntary Petition Filing Fee Payment. Receipt Number: 242000 Fee Amount: $194 (TB) (EOD: 07/27/2005) |
| 07/27/2005 | 2 | Debtor's Statement of Social Security Number(s) (tlb, ) (EOD: 07/27/2005) |
| 07/27/2005 | 1 | Chapter 13 Voluntary Petition Filed by Bryan Eugene Scott , Lara Ruth Scott (tlb, ) (EOD: 07/27/2005) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/09/2005 14:10:26 | | | |
| PACER Login: | ka0087 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 05-31593 Fil or Ent: Fil Doc From: 0 Doc To: 99999999 Term: y Format: HTMLfmt |
| Billable Pages: | 2 | Cost: | 0.16 |

DISMISSED, PROSE, CLOSED

**U.S. Bankruptcy Court**
**District of Utah (Salt Lake City)**
**Bankruptcy Petition #: 05-27140**

*Assigned to:* Glen E. Clark
Chapter 13
Voluntary
Asset

*Date Filed:* 05/04/2005
*Date Terminated:* 11/04/2005
*Date Dismissed:* 07/05/2005

**Bryan Eugene Scott**
638 E. Pheasant Haven Ct.
Draper, UT 84020
801-572-3361
SSN: xxx-xx-1970
*Debtor*

represented by **Bryan Eugene Scott**
PRO SE

**Lara Ruth Scott**
638 E. Pheasant Haven Ct.
Draper, UT 84020
801-572-3361
SSN: xxx-xx-6411
*Debtor*

represented by **Lara Ruth Scott**
PRO SE

**Kevin R. Anderson tr**
405 South Main Street
Suite 600
Salt Lake City, UT 84111
(801) 596-2884
*Trustee*

**United States Trustee**
#9 Exchange Place
Suite 100
Salt Lake City, UT 84111-2147
*U.S. Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 11/04/2005 | | The Trustee has filed a Final Account of Trustee and has certified that the estate has been fully administered, and no timely objection has been filed. Accordingly, it is ORDERED that the trustee is discharged and THE CASE IS HEREBY CLOSED. Judge Glen E. Clark (clo, ) (EOD: 11/04/2005) |
| 08/23/2005 | 9 | Trustee's Chapter 13 Final Report and Account filed by Trustee (x6Anderson tr, Kevin) (EOD: 08/23/2005) |
| 07/07/2005 | 8 | BNC Certificate of Service - Order Dismissing Case. Service Date 07/07/2005. (Admin.) (EOD: 07/07/2005) |
| 07/05/2005 | | Order Dismissing Case (related document(s):6 Trustee/USTR's Recommendation for Dismissal) (clb, ) (EOD: 07/05/2005) |
| 06/22/2005 | 7 | Trustee/USTR's Recommendation for Dismissal filed by Trustee/USTR. Date of Certificate of Mailing:6/22/05. Objection to Dismissal due by 7/15/2005. (x6Anderson tr, Kevin) (EOD: 06/22/2005) |
| 06/08/2005 | 6 | Trustee/USTR's Recommendation for Dismissal filed by Trustee/USTR. Date of Certificate of Mailing:6/8/2005. Objection to Dismissal due by 7/1/2005. (x4Anderson tr, Kevin) (EOD: |

| | | 06/08/2005) |
|---|---|---|
| 05/22/2005 | 5 | 341 Meeting Notice (see image for details) and BNC Certificate of Service. Service Date 05/22/2005. (Admin.) (EOD: 05/22/2005) |
| 05/20/2005 | 4 | Notice of Meeting of Creditors 341(a) meeting to be held on 6/13/2005 at Boston 1st Flr. Proofs of Claims due by 9/12/2005. Confirmation hearing to be held on 12/6/2005 at 10:00 AM at USBC Rm 369.. (klc, ) (EOD: 05/20/2005) |
| 05/11/2005 | 3 | Utah State Tax Commission's Objection to Confirmation of Chapter 13 Plan . (kpc, ) (EOD: 05/12/2005) |
| 05/04/2005 | | Voluntary Petition Filing Fee Payment. Receipt Number: 239055 Fee Amount: $194 (TB) (EOD: 05/04/2005) |
| 05/04/2005 | 2 | Debtor's Statement of Social Security Number(s) (tlb, ) (EOD: 05/04/2005) |
| 05/04/2005 | 1 | Chapter 13 Voluntary Petition Filed by Bryan Eugene Scott , Lara Ruth Scott (tlb, ) (EOD: 05/04/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/09/2005 14:11:57 | | | |
| PACER Login: | ka0087 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 05-27140 Fil or Ent: Fil Doc From: 0 Doc To: 99999999 Term: y Format: HTMLfmt |
| Billable Pages: | 2 | Cost: | 0.16 |

CLOSED, PROSE

**U.S. Bankruptcy Court**
**District of Utah (Salt Lake City)**
**Bankruptcy Petition #: 05-24108**

*Assigned to:* Judith A. Boulden
Chapter 13
Voluntary
Asset

*Date Filed:* 03/21/2005
*Date Terminated:* 05/11/2005

**Bryan Eugene Scott**
638 E. Pheasant Haven Ct
Draper, UT 84020
801-495-1912
SSN: xxx-xx-1970
*Debtor*

represented by **Bryan Eugene Scott**
PRO SE

**Lara Ruth Scott**
638 E. Pheasant Haven Ct
Draper, UT 84020
801-495-1912
SSN: xxx-xx-6411
*Debtor*

represented by **Lara Ruth Scott**
PRO SE

**Kevin R. Anderson tr**
405 South Main Street
Suite 600
Salt Lake City, UT 84111
(801) 596-2884
*Trustee*

**United States Trustee**
#9 Exchange Place
Suite 100
Salt Lake City, UT 84111-2147
*U.S. Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 05/27/2005 | 9 | Trustee's Chapter 13 Final Report and Account filed by Trustee (x6Anderson tr, Kevin) (EOD: 05/27/2005) |
| 05/11/2005 | | The Trustee has filed a Final Account of Trustee and has certified that the estate has been fully administered, and no timely objection has been filed. Accordingly, it is ORDERED that the trustee is discharged and THE CASE IS HEREBY CLOSED. Judge Judith A. Boulden (djf, ) (EOD: 05/11/2005) |
| 04/13/2005 | 8 | BNC Certificate of Service - Order Dismissing Case. Service Date 04/13/2005. (Admin.) (EOD: 04/13/2005) |
| 04/11/2005 | | Order Dismissing Case (related document(s):7 Trustee/USTR's Recommendation for Dismissal) (djf, ) (EOD: 04/11/2005) |
| 04/11/2005 | 7 | Trustee/USTR's Recommendation for Dismissal filed by Trustee/USTR. Date of Certificate of Mailing:4/11/05. Objection to Dismissal due by 5/4/2005. (x6Anderson tr, Kevin) (EOD: 04/11/2005) |
| 04/10/2005 | 6 | 341 Meeting Notice (see image for details) and BNC Certificate of Service. Service Date 04/10/2005. (Admin.) (EOD: 04/10/2005) |

| 04/08/2005 | 5 | Notice of Meeting of Creditors 341(a) meeting to be held on 4/29/2005 at Boston 1st Flr. Proofs of Claims due by 7/28/2005. Confirmation hearing to be held on 10/25/2005 at 10:00 AM at USBC Rm 341.. (klc, ) (EOD: 04/08/2005) |
| 03/28/2005 | 4 | Utah State Tax Commission's Objection to Confirmation of Chapter 13 Plan . (kpc, ) (EOD: 03/29/2005) |
| 03/21/2005 | 3 | Matrix (kzv, ) (EOD: 03/22/2005) |
| 03/21/2005 |  | Voluntary Petition Filing Fee Payment. Receipt Number: 237109 Fee Amount: $194 (SP) (EOD: 03/21/2005) |
| 03/21/2005 | 2 | Debtor's Statement of Social Security Number(s) (sjp, ) (EOD: 03/21/2005) |
| 03/21/2005 | 1 | Chapter 13 Voluntary Petition Filed by Bryan Eugene Scott , Lara Ruth Scott (sjp, ) (EOD: 03/21/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/09/2005 14:12:43 | | | |
| PACER Login: | ka0087 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 05-24108 Fil or Ent: Fil Doc From: 0 Doc To: 99999999 Term: y Format: HTML.fmt |
| Billable Pages: | 2 | Cost: | 0.16 |

PROSE, DISMISSED, CLOSED

**U.S. Bankruptcy Court**
**District of Utah (Salt Lake City)**
**Bankruptcy Petition #: 04-39257**

*Assigned to:* William T. Thurman
Chapter 13
Voluntary
Asset

*Date Filed:* 11/30/2004
*Date Terminated:* 03/28/2005
*Date Dismissed:* 01/21/2005

**Bryan Scott**
638 E. Pheasant Haven Ct.
Draper, UT 84020
801-495-1912
SSN: xxx-xx-1970
*Debtor*

represented by **Bryan Scott**
PRO SE

**Lara Scott**
638 E. Pheasant Haven Ct.
Draper, UT 84020
801-495-1912
SSN: xxx-xx-6411
*Debtor*

represented by **Lara Scott**
PRO SE

**Kevin R. Anderson tr**
405 South Main Street
Suite 600
Salt Lake City, UT 84111
(801) 596-2884
*Trustee*

**United States Trustee**
#9 Exchange Place
Suite 100
Salt Lake City, UT 84111-2147
*U.S. Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 03/28/2005 | | The Trustee has filed a Final Account of Trustee and has certified that the estate has been fully administered, and no timely objection has been filed. Accordingly, it is ORDERED that the trustee is discharged and THE CASE IS HEREBY CLOSED. Judge William T. Thurman (mkh, ) (EOD: 03/28/2005) |
| 02/23/2005 | 10 | Trustee's Chapter 13 Final Report and Account filed by Trustee (x6Anderson tr, Kevin) (EOD: 02/23/2005) |
| 01/23/2005 | 9 | BNC Certificate of Service - Order Dismissing Case. Service Date 01/23/2005. (Admin.) (EOD: 01/23/2005) |
| 01/21/2005 | | Order Dismissing Case (related document(s):5 Trustee/USTR's Recommendation for Dismissal) (bfg, ) (EOD: 01/21/2005) |
| 01/13/2005 | 8 | Trustee/USTR's Recommendation for Dismissal filed by Trustee/USTR. Date of Certificate of Mailing:1/13/2005. Objection to Dismissal due by 2/7/2005. (Anderson tr, Kevin) (EOD: 01/13/2005) |
| 12/28/2004 | 7 | Utah State Tax Commission's Objection to Confirmation of Chapter 13 Plan . (gci, ) (EOD: 12/29/2004) |

| 12/23/2004 | 6 | 341 Meeting Notice (see image for details) and BNC Certificate of Service. Service Date 12/23/2004. (Admin.) (EOD: 12/23/2004) |
|---|---|---|
| 12/23/2004 | 5 | Trustee/USTR's Recommendation for Dismissal filed by Trustee/USTR. Date of Certificate of Mailing:12/23/2004. Objection to Dismissal due by 1/18/2005. (x4Anderson tr, Kevin) (EOD: 12/23/2004) |
| 12/21/2004 | 4 | Notice of Meeting of Creditors 341(a) meeting to be held on 1/10/2005 at Boston 1st Flr. Proofs of Claims due by 4/11/2005. Confirmation hearing to be held on 7/5/2005 at 10:00 AM at USBC Rm 376.. (jtt, ) (EOD: 12/21/2004) |
| 11/30/2004 | 3 | Matrix (tlb, ) (EOD: 12/01/2004) |
| 11/30/2004 | | Voluntary Petition Filing Fee Payment. Receipt Number: 232928 Fee Amount: $194 (TB) (EOD: 11/30/2004) |
| 11/30/2004 | 2 | Debtor's Statement of Social Security Number(s) (tlb, ) (EOD: 11/30/2004) |
| 11/30/2004 | 1 | Chapter 13 Voluntary Petition Filed by Bryan Scott , Lara Scott (tlb, ) (EOD: 11/30/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/09/2005 14:13:16 | | | |
| **PACER Login:** | ka0087 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 04-39257 Fil or Ent: Fil Doc From: 0 Doc To: 99999999 Term: y Format: HTMLfmt |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

PROSE, DISMISSED, CLOSED

**U.S. Bankruptcy Court**
**District of Utah (Salt Lake City)**
**Bankruptcy Petition #: 04-20420**

*Assigned to:* Glen E. Clark
Chapter 13
Voluntary
Asset

*Date Filed:* 01/12/2004
*Date Terminated:* 07/19/2004
*Date Dismissed:* 05/04/2004

**Bryan Eugene Scott**
7997 S. Lusterpointe Court
West Jordan, UT 84088
(801)352-1271
SSN: xxx-xx-1970
*Debtor*

represented by **Bryan Eugene Scott**
PRO SE

**Lara Ruth Scott**
7997 S. Lusterpointe Court
West Jordan, UT 84088
(801)352-1271
SSN: xxx-xx-6411
*Debtor*

represented by **Lara Ruth Scott**
PRO SE

**Kevin R. Anderson tr**
405 South Main Street
Suite 600
Salt Lake City, UT 84111
(801) 596-2884
*Trustee*

**United States Trustee**
#9 Exchange Place
Suite 100
Salt Lake City, UT 84111-2147
*U.S. Trustee*

represented by **Peter J. Kuhn**
Boston Bldg. Suite 100
9 Exchange Place
Salt Lake City, UT
84111
Email:
Peter.J.Kuhn@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 07/19/2004 | | The Trustee has filed a Final Account of Trustee and has certified that the estate has been fully administered, and no timely objection has been filed. Accordingly, it is ORDERED that the trustee is discharged and THE CASE IS HEREBY CLOSED. United States Bankruptcy Judge Glen E. Clark (mkp, ) (EOD: 07/19/2004) |
| 06/02/2004 | 15 | Trustee's Chapter 13 Final Report and Account filed by Trustee (x5Anderson tr, Kevin) (EOD: 06/02/2004) |
| 05/06/2004 | 14 | Certificate of Service Re: Order Service Date 05/06/2004. (Related Doc # 13) (Admin.) (EOD: 05/07/2004) |
| 05/04/2004 | 13 | Order Dismissing Case With Prejudice Under 11 U.S.C. Sections 109(g) & 1307(c) With The Court Retaining Jurisdiction For 120 Days (Related Doc # 7) (mkp, ) (EOD: 05/04/2004) |
| 04/16/2004 | 12 | Pending Order of Dismissal with Prejudice (related document(s): Minutes of Proceedings, ) Filed by Kevin R. Anderson tr (x3Anderson tr, Kevin) (EOD: 04/16/2004) |
| | | |

| 04/14/2004 | | Minute Entry Re: The case is dismissed with prejudice. The Court retains jurisdiction for 120 days to allow the U.S. Trustee's Office to pursue their motion to dismiss. (related document (s):7 Motion to Dismiss Case filed by Kevin R. Anderson tr)Appearances: Sherrie Rivera TR, Peter Kuhn USTR. (cjf, ) (EOD: 04/15/2004) |
| --- | --- | --- |
| 04/12/2004 | 11 | Memorandum in Support (related document(s):10 Motion) Filed by United States Trustee (Kuhn, Peter) (EOD: 04/12/2004) |
| 04/12/2004 | 10 | Motion To Dismiss Case With Prejudice Pursuant To 11 U.S.C. Section 349(a) Filed by United States Trustee (Kuhn, Peter) Modified on 4/13/2004 (mkp, ). (EOD: 04/12/2004) |
| 04/12/2004 | 9 | Response to (related document(s):7 Motion to Dismiss Case) Filed by United States Trustee (Kuhn, Peter) (EOD: 04/12/2004) |
| 03/10/2004 | 8 | Notice of Hearing (related document(s):7 Motion to Dismiss Case) Filed by Kevin R. x3Anderson tr on behalf of Kevin R. Anderson tr Hearing scheduled for 4/14/2004 at 02:00 PM at US Bankruptcy Court. (x3Anderson tr, Kevin) (EOD: 03/10/2004) |
| 03/10/2004 | 7 | Trustee's Motion to Dismiss with Prejudice and Memorandum in Support Thereof Filed by Kevin R. Anderson tr (x3Anderson tr, Kevin) (EOD: 03/10/2004) |
| 02/09/2004 | 6 | Utah State Tax Commission's Objection to Confirmation of Chapter 13 Plan . (mtm, ) (EOD: 02/10/2004) |
| 02/01/2004 | 5 | BNC Certificate of Service - Meeting of Creditors. Service Date 02/01/2004. (Related Doc # [4]) (Admin.) (EOD: 02/01/2004) |
| 01/30/2004 | 4 | Notice of Meeting of Creditors 341(a) meeting to be held on 2/20/2004 at 11:00 AM at Boston 1st Flr. Proofs of Claims due by 5/20/2004. Confirmation hearing to be held on 8/17/2004 at 10:00 AM at USBC Rm 369.. (mih, ) (EOD: 01/30/2004) |
| 01/12/2004 | 3 | Matrix (kzv, ) (EOD: 01/13/2004) |
| 01/12/2004 | | Voluntary Petition Filing Fee Payment. Receipt Number: 216643 Fee Amount: $194 (JD) (EOD: 01/12/2004) |
| 01/12/2004 | 2 | Debtor's Statement of Social Security Number(s) (kzv, ) (EOD: 01/12/2004) |
| 01/12/2004 | 1 | Chapter 13 Voluntary Petition Filed by Bryan Eugene Scott , Lara Ruth Scott (kzv, ) (EOD: 01/12/2004) |

| PACER Service Center | | |
| --- | --- | --- |
| Transaction Receipt | | |
| 11/09/2005 14:13:48 | | |
| PACER Login: | ka0087 | Client Code: |
| Description: | Docket Report | Search Criteria: | 04-20420 Fil or Ent: Fil Doc From: 0 Doc To: 99999999 Term: y Format: HTMLfmt |
| Billable Pages: | 2 | Cost: | 0.16 |

PROSE, DISMISSED, CLOSED

**U.S. Bankruptcy Court**
**District of Utah (Salt Lake City)**
**Bankruptcy Petition #: 03-36938**

*Assigned to:* Glen E. Clark
Chapter 13
Voluntary
Asset

*Date Filed:* 10/03/2003
*Date Terminated:* 01/27/2004
*Date Dismissed:* 12/04/2003

**Bryan Eugene Scott**
7997 S. Lusterpointe Court
West Jordan, UT 84088
(801)352-1271
SSN: xxx-xx-1970
*Debtor*

represented by **Bryan Eugene Scott**
PRO SE

**Lara Ruth Scott**
7997 S. Lusterpointe Court
West Jordan, UT 84088
(801)352-1271
SSN: xxx-xx-6411
*Debtor*

represented by **Lara Ruth Scott**
PRO SE

**J. Vincent Cameron tr**
47 West 200 South
Suite 600
Salt Lake City, UT 84101
(801) 415-0222
*Trustee*

**United States Trustee**
#9 Exchange Place
Suite 100
Salt Lake City, UT 84111-2147
*U.S. Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 01/27/2004 | | The Trustee has filed a Final Account of Trustee and has certified that the estate has been fully administered, and no timely objection has been filed. Accordingly, it is ORDERED that the trustee is discharged and THE CASE IS HEREBY CLOSED. United States Bankruptcy Judge Glen E. Clark (mkh, ) (EOD: 01/27/2004) |
| 12/19/2003 | 10 | Trustee's Chapter 13 Final Report and Account filed by Trustee (Cameron tr, J.) (EOD: 12/19/2003) |
| 12/06/2003 | 9 | BNC Certificate of Service - Order Dismissing Case. Service Date 12/06/2003. (Admin.) (EOD: 12/07/2003) |
| 12/04/2003 | | Order Dismissing Case (related document(s):8 Trustee/USTR's Recommendation for Dismissal) (kmc, ) (EOD: 12/04/2003) |
| 11/10/2003 | 8 | Trustee/USTR's Recommendation for Dismissal filed by Trustee/USTR. Date of Certificate of Mailing:11/10/2003. Objection to Dismissal due by 12/3/2003. (Cameron tr, J.) (EOD: 11/10/2003) |
| 10/30/2003 | 7 | Utah State Tax Commission's Objection to Confirmation of Chapter 13 Plan . (clb, ) (EOD: 10/31/2003) |

| 10/24/2003 | 6 | Objection to Confirmation of Plan Filed by Bank of New York, as Trustee (kmc, ) (EOD: 10/27/2003) |
|---|---|---|
| 10/24/2003 | 5 | Notice of Appearance and Request for Notice Filed by John W. Lish on behalf of Bank of New York, as Trustee (kmc, ) (EOD: 10/27/2003) |
| 10/23/2003 | 4 | BNC Certificate of Service - Meeting of Creditors. Service Date 10/23/2003. (Related Doc # [3]) (Admin.) (EOD: 10/24/2003) |
| 10/21/2003 | 3 | Notice of Meeting of Creditors 341(a) meeting to be held on 11/7/2003 at 08:00 AM at Boston 1st Flr. Proofs of Claims due by 2/5/2004. Confirmation hearing to be held on 5/4/2004 at 02:00 PM at USBC Rm 369.. (mih, ) (EOD: 10/21/2003) |
| 10/03/2003 | 2 | Matrix (kzv, ) (EOD: 10/06/2003) |
| 10/03/2003 | | Voluntary Petition Filing Fee Payment. Receipt Number: 210875 Fee Amount: $185 (TB) (EOD: 10/03/2003) |
| 10/03/2003 | 1 | Chapter 13 Voluntary Petition Filed by Bryan Eugene Scott , Lara Ruth Scott (jwb, ) (EOD: 10/03/2003) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/09/2005 14:14:13 | | |
| **PACER Login:** ka0087 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 03-36938 Fil or Ent: Fil Doc From: 0 Doc To: 99999999 Term: y Format: HTML.fmt |
| **Billable Pages:** 2 | **Cost:** | 0.16 |

PROSE, DISMISSED, CLOSED

**U.S. Bankruptcy Court**
**District of Utah (Salt Lake City)**
**Bankruptcy Petition #: 03-30138**

*Assigned to:* Judith A. Boulden
Chapter 13
Voluntary
Asset

*Date Filed:* 06/10/2003
*Date Terminated:* 10/29/2003
*Date Dismissed:* 08/22/2003

**Bryan Eugene Scott**
7997 South Lusterpointe Court
West Jordan, UT 84088
801-352-1271
SSN: xxx-xx-1970
*Debtor*

represented by **Bryan Eugene Scott**
PRO SE

**Lara Ruth Scott**
7997 South Lusterpointe Court
West Jordan, UT 84088
801-352-1271
SSN: xxx-xx-6411
*Debtor*

represented by **Lara Ruth Scott**
PRO SE

**Kevin R. Anderson tr**
405 South Main Street
Suite 600
Salt Lake City, UT 84111
(801) 596-2884
*Trustee*

**United States Trustee**
#9 Exchange Place
Suite 100
Salt Lake City, UT 84111-2147
*U.S. Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 10/29/2003 | | The Trustee has filed a Final Account of Trustee and has certified that the estate has been fully administered, and no timely objection has been filed. Accordingly, it is ORDERED that the trustee is discharged and THE CASE IS HEREBY CLOSED. United States Bankruptcy Judge Boulden (kam, ) (EOD: 10/29/2003) |
| 09/17/2003 | 9 | Trustee's Chapter 13 Final Report and Account filed by Trustee (x5Anderson, Kevin) (EOD: 09/17/2003) |
| 08/27/2003 | 8 | BNC Certificate of Service - Order Dismissing Case. Service Date 08/27/2003. (Admin.) (EOD: 08/28/2003) |
| 08/22/2003 | | Order Dismissing Case (related document(s):6 Trustee/USTR's Recommendation for Dismissal) (bfg, ) (EOD: 08/22/2003) |
| 07/31/2003 | 7 | Notice of Appearance and Request for Notice Filed by John W. Lish on behalf of America's Wholesale Lender (mkh, ) (EOD: 08/01/2003) |
| 07/23/2003 | 6 | Trustee/USTR's Recommendation for Dismissal filed by Trustee/USTR. Date of Certificate of Mailing:07-23-2003. Objection to Dismissal due by 8/15/2003. (x5Anderson, Kevin) (EOD: 07/23/2003) |

| 07/08/2003 | 5 | Utah State Tax Commission's Objection to Confirmation of Chapter 13 Plan . (gci, ) (EOD: 07/09/2003) |
|---|---|---|
| 06/28/2003 | 4 | BNC Certificate of Service - Meeting of Creditors. Service Date 06/28/2003. (Related Doc # [3]) (Admin.) (EOD: 06/29/2003) |
| 06/26/2003 | 3 | Notice of Meeting of Creditors 341(a) meeting to be held on 7/18/2003 at 09:00 AM at Boston 1st Flr. Proofs of Claims due by 10/16/2003. Confirmation hearing to be held on 1/13/2004 at 02:00 PM at USBC Rm 341.. (mih, ) (EOD: 06/26/2003) |
| 06/10/2003 | 2 | Matrix (tlb, ) (EOD: 06/11/2003) |
| 06/10/2003 | | Voluntary Petition Filing Fee Payment. Receipt Number: 200504 Fee Amount: $185 (TG) (EOD: 06/10/2003) |
| 06/10/2003 | 1 | Chapter 13 Voluntary Petition Filed by Bryan Eugene Scott , Lara Ruth Scott (tlg, ) (EOD: 06/10/2003) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 11/09/2005 14:14:58 | | |
| PACER Login: ka0087 | Client Code: | |
| Description: Docket Report | Search Criteria: | 03-30138 Fil or Ent: Fil Doc From: 0 Doc To: 99999999 Term: y Format: HTMLfmt |
| Billable Pages: 2 | Cost: | 0.16 |

PROSE, DISMISSED, CLOSED

**U.S. Bankruptcy Court**
**District of Utah (Salt Lake City)**
**Bankruptcy Petition #: 03-24242**

*Assigned to:* Judith A. Boulden
Chapter 13
Voluntary
Asset

*Date Filed:* 03/12/2003
*Date Terminated:* 09/11/2003
*Date Dismissed:* 05/16/2003

**Bryan Eugene Scott**
7997 South Lusterpointe Court
West Jordan, UT 84088
SSN: xxx-xx-1970
*Debtor*

represented by **Bryan Eugene Scott**
PRO SE

**Lara Ruth Scott**
7997 South Lusterpointe Court
West Jordan, UT 84088
SSN: xxx-xx-6411
*Debtor*

represented by **Lara Ruth Scott**
PRO SE

**Andres Diaz tr**
Boston Building, Suite 313
9 Exchange Place
Salt Lake City, UT 84111
(801) 537-1910
*Trustee*

**United States Trustee**
#9 Exchange Place
Suite 100
Salt Lake City, UT 84111-2147
*U.S. Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 09/11/2003 | | The Trustee has filed a Final Account of Trustee and has certified that the estate has been fully administered, and no timely objection has been filed. Accordingly, it is ORDERED that the trustee is discharged and THE CASE IS HEREBY CLOSED. United States Bankruptcy Judge Judith A. Boulden (deed, ) (EOD: 09/11/2003) |
| 06/10/2003 | 9 | Trustee's Chapter 13 Final Report and Account filed by Trustee (mtm, ) (EOD: 06/11/2003) |
| 05/18/2003 | 8 | BNC Certificate of Service - Order Dismissing Case. Service Date 05/18/2003. (Admin.) (EOD: 05/21/2003) |
| 05/16/2003 | | Order Dismissing Case (related document(s):7 Trustee/USTR's Recommendation for Dismissal) (lor, ) (EOD: 05/16/2003) |
| 04/21/2003 | | Clerk's Notice of Possible Error Re: (related document(s):7 Trustee/USTR's Recommendation for Dismissal) Description of Error: Another recommendation to dismiss attached to correct image (03-24102). (mkp, ) (EOD: 04/21/2003) |
| 04/18/2003 | 7 | Trustee/USTR's Recommendation for Dismissal filed by Trustee/USTR. Date of Certificate of Mailing:04/18/03. Objection to Dismissal due by 5/12/2003. (x2Diaz, Andres) (EOD: 04/18/2003) |
| 04/11/2003 | 6 | Utah State Tax Commission's Objection to Confirmation of Chapter 13 Plan . (clb, ) (EOD: |

| | | |
|---|---|---|
| | | 04/14/2003) |
| 04/09/2003 | 5 | Notice of Appearance and Request for Notice Filed by John W. Lish on behalf of Bank of New York, as Trustee (gci, ) (EOD: 04/10/2003) |
| 03/29/2003 | 4 | BNC Certificate of Service - Meeting of Creditors. Service Date 03/29/2003. (Related Doc # [3]) (Admin.) (EOD: 03/31/2003) |
| 03/27/2003 | 3 | Notice of Meeting of Creditors 341(a) meeting to be held on 4/18/2003 at 11:00 AM at Boston 1st Flr. Proofs of Claims due by 7/17/2003. Confirmation hearing to be held on 10/14/2003 at 01:00 PM at USBC Rm 341.. (mih, ) (EOD: 03/27/2003) |
| 03/12/2003 | 2 | Matrix (kzv, ) (EOD: 03/13/2003) |
| 03/12/2003 | | Voluntary Petition Filing Fee Payment. Receipt Number: 190459 Fee Amount $185.00 (kzv, ) (EOD: 03/13/2003) |
| 03/12/2003 | 1 | Chapter 13 Voluntary Petition Filed by Bryan Eugene Scott , Lara Ruth Scott (pvw, ) Modified on 3/13/2003 (mtm, ). (EOD: 03/12/2003) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/09/2005 14:15:27 | | | |
| PACER Login: | ka0087 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 03-24242 Fil or Ent: Fil Doc From: 0 Doc To: 99999999 Term: y Format: HTMLfmt |
| Billable Pages: | 2 | Cost: | 0.16 |

DISMISSED, CLOSED

**U.S. Bankruptcy Court**
**District of Utah (Salt Lake City)**
**Bankruptcy Petition #: 02-29258**

*Assigned to:* Judith A. Boulden
Chapter 13
Voluntary
Asset

*Date Filed:* 06/05/2002
*Date Terminated:* 09/11/2003
*Date Dismissed:* 01/10/2003

**Bryan E. Scott**
7997 Lusterpointe Court
West Jordan, UT 84088
SSN: xxx-xx-1970
*Debtor*

represented by **Robert A. Eder, Jr.**
452 East 3900 South
Salt Lake City, UT 84107
(801) 265-1836
Fax : (801) 265-1866
Email: bob@ederlaw.net

**Lara R. Scott**
7997 Lusterpointe Court
West Jordan, UT 84088
SSN: xxx-xx-6411
*Debtor*

represented by **Robert A. Eder, Jr.**
(See above for address)

**Andres Diaz tr**
Boston Building, Suite 313
9 Exchange Place
Salt Lake City, UT 84111
(801) 537-1910
*Trustee*

**United States Trustee**
#9 Exchange Place
Suite 100
Salt Lake City, UT 84111-2147
*U.S. Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 09/11/2003 | | The Trustee has filed a Final Account of Trustee and has certified that the estate has been fully administered, and no timely objection has been filed. Accordingly, it is ORDERED that the trustee is discharged and THE CASE IS HEREBY CLOSED. United States Bankruptcy Judge Judith A. Boulden (mkh, ) (EOD: 09/11/2003) |
| 06/24/2003 | 21 | Trustee's Chapter 13 Final Report and Account filed by Trustee (x2Diaz, Andres) (EOD: 06/24/2003) |
| 01/12/2003 | 20 | Certificate of Service Re: Miscellaneous Pleadings Service Date 01/12/2003. (Admin.) (EOD: 01/14/2003) |
| 01/10/2003 | | Notice of Dismissal (smh, ) (EOD: 01/10/2003) |
| 01/10/2003 | 19 | Order Dismissing Case (smh, ) (EOD: 01/10/2003) |
| 01/08/2003 | 18 | Pending Order of Dismissal (bfg, ) (EOD: 01/09/2003) |
| 01/07/2003 | | Minute Entry Re: Confirmation of Chapter 13 Plan. Case dismissed. Fees of $1,600.00 allowed. OTF:Blotter (jab,da,dbh) (related document(s):14 Appearances:Scott Blotter, Robert Eder (dea) (EOD: 01/07/2003) |

| 01/06/2003 | 17 | Debtor's Amended Schedules I & J (kmc, ) (EOD: 01/07/2003) |
|---|---|---|
| 12/27/2002 | 16 | Notice of Hearing (related document(s):10 Motion for Relief From Stay) Filed by Countrywide Home Loans, Inc. Hearing scheduled for 1/22/2003 at 09:30 AM at US Bankruptcy Court. (bfg. ) (EOD: 12/30/2002) |
| 12/02/2002 | 15 | Withdrawal of Document Re: Filed by John W. Lish on behalf of Countrywide Home Loans, Inc. (related document(s)8). (fsl, ) (EOD: 12/03/2002) |
| 11/27/2002 | 14 | Motion to Confirm By Consent and Chapter 13 Amended Plan. Claims Objected To: None (smh, ) (EOD: 12/02/2002) |
| 10/23/2002 | 13 | Trustee's Response Re: Filed by Andres Diaz (related document(s)10). (Diaz, Andres) (EOD: 10/23/2002) |
| 10/18/2002 | 12 | Debtor's Response/Objection (related document(s)10) (smh, ) (EOD: 10/21/2002) |
| 10/02/2002 | 11 | Notice of Hearing Re: Filed by Countrywide Home Loans, Inc. (related document(s)10). Hearing scheduled for 10/30/2002 at 09:30 AM at US Bankruptcy Court. (mkh, ) (EOD: 10/03/2002) |
| 10/02/2002 | 10 | Motion for Relief From Stay -- Amount Paid: 75, Receipt Number: 00172924 Filed by Countrywide Home Loans, Inc. . (mkh, ) (EOD: 10/03/2002) |
| 09/25/2002 | 9 | Amended Matrix. -- Amount Paid: 20, Receipt Number: 172037, Amended Schedules. -- Amount Paid: $ 20, Receipt Number: 172037 (djf, ) (EOD: 09/26/2002) |
| 07/29/2002 | 8 | Objection to Confirmation of Plan Filed by Countrywide Home Loans, Inc. . (fsl, ) (EOD: 07/30/2002) |
| 07/10/2002 | 7 | Notice of Appearance and Request for Notice Filed by John W. Lish on behalf of Bank of New York as Trustee . (jdc, ) (EOD: 07/11/2002) |
| 07/08/2002 | 6 | Utah State Tax Commission's Objection to Confirmation of Chapter 13 Plan. (gci, ) (EOD: 07/09/2002) |
| 07/01/2002 | 5 | Statement of Financial Affairs and Schedules (jdc, ) (EOD: 07/02/2002) |
| 06/19/2002 | 4 | Certificate of Service Re: Miscellaneous Pleadings Service Date 06/19/02. (Related Doc # 2) (Admin.) (EOD: 06/20/2002) |
| 06/19/2002 | 3 | BNC Certificate of Service - Meeting of Creditors. Service Date 06/19/02. (Admin.) (EOD: 06/20/2002) |
| 06/17/2002 | | Notice of Meeting of Creditors. 341(a) meeting to be held on 7/11/2002 at 11:00 AM at Boston Building, Room 201. Proofs of Claims due by 10/9/2002. Confirmation hearing to be held on 1/7/2003 at 09:00 AM at USBC Rm 341. (ss, ) (EOD: 06/17/2002) |
| 06/05/2002 | 2 | Chapter 13 Plan (mkh, ) (EOD: 06/06/2002) |
| 06/05/2002 | 1 | Chapter 13 Voluntary Petition.Fee Amount $ 185. ,Receipt Number: 00159873 Filed by Bryan E. Scott , Lara R. Scott . (mkh, ) (EOD: 06/06/2002) |

DISMISSED, CLOSED

**U.S. Bankruptcy Court**
**District of Utah (Salt Lake City)**
**Bankruptcy Petition #: 00-34929**

*Assigned to:* Judith A. Boulden
Chapter 13
Voluntary
Asset

*Date Filed:* 12/23/2000
*Date Terminated:* 08/01/2002
*Date Dismissed:* 05/13/2002

**Bryan E. Scott**
7997 Lusterpointe Court
West Jordan, UT 84088
SSN: xxx-xx-1970
*Debtor*

represented by **Robert A. Eder, Jr.**
452 East 3900 South
Salt Lake City, UT 84107
(801) 265-1836
Fax : (801) 265-1866
Email: bob@ederlaw.net

**Lara R. Scott**
7997 Lusterpointe Court
West Jordan, UT 84088
SSN: xxx-xx-6411
*Debtor*

represented by **Robert A. Eder, Jr.**
(See above for address)

**Andres Diaz tr**
Boston Building, Suite 313
9 Exchange Place
Salt Lake City, UT 84111
(801) 537-1910
*Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 08/01/2002 | | The Trustee has filed a Final Account of Trustee and has certified that the estate has been fully administered, and no timely objection has been filed. Accordingly, it is ORDERED that the trustee is discharged and THE CASE IS HEREBY CLOSED. United States Bankruptcy Judge Judith A. Boulden. (mkh, ) (EOD: 08/01/2002) |
| 06/25/2002 | 33 | Chapter 13 Trustee Final Report and Account . (bhd, ) (EOD: 06/25/2002) |
| 05/15/2002 | 32 | BNC Certificate of Service - Order Dismissing Case. Service Date 05/15/02. (Related Doc # [31]) (Admin.) (EOD: 06/05/2002) |
| 05/13/2002 | 31 | Order Dismissing Case (related document(s)30)Trustee's Motion to Dismiss Case. (bfg, ) (EOD: 05/13/2002) |
| 04/16/2002 | 30 | Trustee's Motion to Dismiss Case. Objection to Dismissal due by 5/9/2002. (dced, ) (EOD: 04/17/2002) |
| 03/11/2002 | 29 | Order for Relief From the Automatic Stay Description of Property:7997 S Lusterpointe Ct., West Jordan, UT. (related document(s)26). (mjo, ) (EOD: 03/11/2002) |
| 03/05/2002 | 28 | Certificate of Service Re: Filed by Countrywide Home Loans, Inc. (related documents(s) [27]). (kam, ) (EOD: 03/06/2002) |
| 03/05/2002 | 27 | Pending Order Re: (related document(s)26) (kam, ) (EOD: 03/06/2002) |
| | | |

| Date | No. | Description |
|---|---|---|
| 02/14/2002 | 26 | Declaration RE: Breach of Condition Filed by Countrywide Home Loans, Inc. (related documents(s)21). (kam, ) (EOD: 02/15/2002) |
| 02/05/2002 | 25 | Withdrawal of Document Re: Filed by Andres Diaz (related document(s)24). (kam, ) (EOD: 02/06/2002) |
| 01/10/2002 | 24 | Trustee's Motion to Dismiss Case. Objection to Dismissal due by 2/4/2002. (cjf, ) (EOD: 01/11/2002) |
| 08/02/2001 | 23 | Order Regarding [9-1] Motion To Assume or Reject by GMAC . C/M [kam] (EOD: 08/02/2001) |
| 08/01/2001 | 22 | Order Confirming Chapter 13 Plan. C/M [jtt] (EOD: 08/01/2001) |
| 07/27/2001 | | Minute Entry. Confirmation granted Re: [19-1] Chapter 13 Plan Amended . Return of 20 percent. Payments in the amount of $337.00. Fees approved, $1,500.00. The debtor is to file a paystub analysis within 15 days. [gec, th] [th] (EOD: 07/27/2001) |
| 07/27/2001 | 21 | Stipulated Order to Cure Post-Petition Arrears Regarding [8-1] Motion For Relief From Stay by Countrywide Home Loans, Inc. re: property described as 7997 S. Lusterpointe Ct., West Jordan, UT 84088. C/M [kmc] (EOD: 07/27/2001) |
| 07/05/2001 | 20 | Utah State Tax Commission's Withdrawal of Objection to Confirmation of Plan. [kmc] (EOD: 07/06/2001) |
| 07/05/2001 | | Minute Entry Re: [9-1] Motion To Assume or Reject by GMAC. Lease deemed rejected. Administrative claim allowed. OTF:Willardson. [jab,da,dbh] [dea] (EOD: 07/05/2001) |
| 07/04/2001 | 19 | Amended Chapter 13 Plan. [kmc] (EOD: 07/05/2001) |
| 06/15/2001 | 18 | Order Regarding [9-1] Motion To Assume or Reject by GMAC, To Continue Hearing Re: [9-1] Motion To Assume or Reject by GMAC . C/M [kmc] (EOD: 06/15/2001) |
| 06/11/2001 | 17 | Notice of Continued Hearing Re: [9-1] Motion To Assume or Reject by GMAC Scheduled for 2:00 7/5/01 at 350 South Main [jdc] (EOD: 06/12/2001) |
| 05/30/2001 | 16 | Amended Schedules I, J. [smh] (EOD: 05/31/2001) |
| 05/23/2001 | | Minute Entry Re: [9-1] Motion To Assume or Reject by GMAC, [8-1] Motion For Relief From Stay by Countrywide Home Loans, Inc. Motion for relief filed by GMAC continued without date. Motion for relief filed by Countrywide stipulated; debtor shall make payments of $1,308.17 for 6 months beginning 6/15/01. Debtor must file amended budget by 5/30/01, or case will be dismissed. OTF:Lish. [jab,da,ps] [dea] (EOD: 05/23/2001) |
| 05/21/2001 | 15 | Response By Trustee To [9-1] Motion To Assume or Reject by GMAC . [bfg] (EOD: 05/22/2001) |
| 05/18/2001 | 14 | Response By Trustee To [8-1] Motion For Relief From Stay by Countrywide Home Loans, Inc. . [nas] (EOD: 05/21/2001) |
| 05/16/2001 | 13 | Reply By Debtor Lara R. Scott, Debtor Bryan E. Scott To [9-1] Motion To Assume or Reject by GMAC . [mbw] (EOD: 05/17/2001) |
| 05/16/2001 | 12 | Objection By Debtor Lara R. Scott, Debtor Bryan E. Scott To [8-1] Motion For Relief From Stay by Countrywide Home Loans, Inc. . [mbw] (EOD: 05/17/2001) |

| 05/04/2001 | 11 | Notice of Hearing Re: [9-1] Motion To Assume or Reject by GMAC Scheduled for 11:00 5/23/01 at 350 South Main [jdc] (EOD: 05/08/2001) |
| 05/01/2001 | 10 | Notice of Hearing Re: [8-1] Motion For Relief From Stay by Countrywide Home Loans, Inc. Scheduled for 11:00 5/23/01 at 350 South Main [nas] (EOD: 05/02/2001) |
| 05/01/2001 | 9 | Motion By Creditor GMAC To Assume or Reject . [nas] (EOD: 05/02/2001) |
| 04/30/2001 | | Filing Fee Paid in Full RE: [8-1] Motion For Relief From Stay by Countrywide Home Loans, Inc. [ Filing Fee $ 75. Receipt # 119965] [bfg] (EOD: 05/01/2001) |
| 04/30/2001 | 8 | Motion By Creditor Countrywide Home Loans, Inc. For Relief From Stay . [bfg] (EOD: 05/01/2001) |
| 03/02/2001 | 7 | Amended Chapter 13 Plan. [smh] (EOD: 03/05/2001) |
| 01/25/2001 | 6 | Certificate Of Service Filed By Robert A. Eder Re: [4-1] Chapter 13 Plan . [kmc] (EOD: 01/26/2001) |
| 01/11/2001 | 5 | Utah State Tax Commission's Objection To Confirmation Of Chapter 13 Plan. [lph] (EOD: 01/12/2001) |
| 01/05/2001 | 4 | Chapter 13 Plan. [mjo] (EOD: 01/08/2001) |
| 01/05/2001 | 3 | Statement of Financial Affairs and Schedules. [mjo] (EOD: 01/08/2001) |
| 01/02/2001 | 2 | Notice of Meeting of Creditors Scheduled For 10:00 1/25/01 At Boston Building, Room 201 Confirmation Hearing Set For 9:00 7/27/01 At U.S. Bankruptcy Court, Rm 341 Claims Due 4/25/01 Govt.Bar Date See 341 Notice [clb] (EOD: 01/02/2001) |
| 12/23/2000 | 1 | Voluntary Petition [ Filing Fee $ 185.00 Receipt # 00109081] [gls] (EOD: 12/26/2000) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 11/09/2005 14:16:48 | | |
| PACER Login: | ka0087 | Client Code: |
| Description: | Docket Report | Search Criteria: | 00-34929 Fil or Ent: Fil Doc From: 0 Doc To: 99999999 Term: y Format: HTMLfmt |
| Billable Pages: | 3 | Cost: | 0.24 |

DISCHARGED

**U.S. Bankruptcy Court**
**District of Utah (Salt Lake City)**
**Bankruptcy Petition #: 90-20398**

*Date Filed:* 01/19/1990
*Date Terminated:* 05/21/1990
*Date Discharged:* 05/07/1990

*Assigned to:* Glen E. Clark
Chapter 7
Voluntary

**Bryan Scott**                                          represented by **Grant W.P. Morrison**
252 East Winslow Avenue, #b                                          Morrison & Morrison
Salt Lake City, UT 84115                                          352 East 900 South
SSN: xxx-xx-1970                                          Salt Lake City, UT 84111
*Debtor*                                          (801) 359-7999

**Rosemary Scott**                                          represented by **Grant W.P. Morrison**
252 East Winslow Avenue, #b                                          (See above for address)
Salt Lake City, UT 84115
SSN: xxx-xx-5852
*Debtor*

**Paul James Toscano**
Boston Bldg., Suite 419
9 Exchange Place
Salt Lake City, UT 84111
(801) 359-1313
*Trustee*

**United States Trustee**
#9 Exchange Place
Suite 100
Salt Lake City, UT 84111-2147
*U.S. Trustee*

## Proceedings for case 90-20398 are not available

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 11/09/2005 14:17:13 | | |
| PACER Login: | ka0087 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 90-20398 Fil or Ent: Fil Doc From: 0 Doc To: 99999999 Term: y Format: HTMLfmt |
| Billable Pages: | 1 | Cost: | 0.08 |

DISMISSED

**U.S. Bankruptcy Court**
**District of Utah (Salt Lake City)**
**Bankruptcy Petition #: 88-23295**

*Assigned to:* John H. Allen
Chapter 13
Voluntary

*Date Filed:* 06/08/1988
*Date Terminated:* 12/10/1990

**Bryan Eugene Scott**
614 A Mustang Run
Dugway, UT 84022
SSN: xxx-xx-1970
*Debtor*

represented by **Donn E. Cassity**
560 East South Temple
Salt Lake City, UT 84102
(801) 328-3261

**Rose Mary Scott**
614 A Mustang Run
Dugway, UT 84022
SSN: xxx-xx-5852
*Debtor*

represented by **Donn E. Cassity**
(See above for address)

**Barbara Richman**
60 South 600 East
#100
Salt Lake City, UT 84102
(801) 532-8844
*Trustee*

**United States Trustee**
#9 Exchange Place
Suite 100
Salt Lake City, UT 84111-2147
*U.S. Trustee*

**Proceedings for case 88-23295 are not available**

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/09/2005 14:17:34 | | | |
| **PACER Login:** | ka0087 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 88-23295 Fil or Ent: Fil Doc From: 0 Doc To: 99999999 Term: y Format: HTMLfmt |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |